[No. 21349-8-III.   Division Three.   July 17, 2003.]

DARLENE R. CATE, *Appellant*, v. LAIDLAW TRANSIT, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-00940-3, Robert D. Austin, J., entered July 29, 2002. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, A.C.J., and Kurtz, J.

[No. 43544-2-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DEMARIO N. HARVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01898-1, Ronald L. Castleberry, J., entered October 28, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43621-0-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL JOEL CURRY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04114-1, Patricia H. Aitken, J., entered September 4, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 44658-4-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA T. KIDD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-01899-9, Anita L. Farris, J., entered April 19, 1999. *Affirmed* by unpublished per curiam opinion.